United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE ANEL OROZCO,

    Petitioner,

v.

R. L. GOWER, Warden,

    Respondent.

Case No. 16-cv-00868-JST (PR)

**ORDER OF DISMISSAL**

    Petitioner has failed to file an amended petition by the deadline. Accordingly, this habeas action is DISMISSED without prejudice for failure to respond to the Court's order and for failure to prosecute under Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, petitioner may move to reopen the action. Any motion to reopen **must** contain an amended petition. The Clerk shall enter judgment in favor of respondent and close the file.

    IT IS SO ORDERED.

Dated: May 23, 2016

                                          JON S. TIGAR
                                       United States District Judge